AMERLIN J. GODLEY (State Bar No. 194507)
Tamerlin.Godley@mto.com
KAREN J. EPHRAIM (State Bar No. 233824)
Karen.Ephraim@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff
MGM INTERNATIONAL TELEVISION
DISTRIBUTION INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGM INTERNATIONAL TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORBIT COMMUNICATIONS CO., LTD., a corporation organized under the laws of the British Virgin Islands,<br><br>Defendant. | CASE NO. CV 08-5841 TJH (MANx)<br><br>ORDER ON STIPULATED FINAL JUDGMENT<br><br>JS-6 |

Based upon the Stipulated Final Judgment entered into with respect to the facts, issues and matters set forth in the above-entitled action and entered into by Plaintiff MGM International Television Distribution Inc. ("MGM") and Defendant Orbit Communications Co., LTD ("Orbit"), by and through their attorneys of record, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of MGM and against Orbit on all of the claims set forth in the Complaint filed in this matter and damages are awarded to MGM in the amount of $5,622,365.67.

2. Pre-judgment interest is awarded to MGM in the amount of $100,000.00.

3. Orbit is to pay the judgment and pre-judgment interest (totaling $5,722,365.67) to MGM immediately.

4. Orbit is enjoined from exhibiting all content previously licensed to Orbit by MGM under the Agreement (as defined in the Complaint).

5. The Court retains jurisdiction over the parties and their counsel to enforce this judgment and to take any other appropriate steps with respect to this litigation.

6. Each party to this Stipulated Final Judgment waives: a) its right to an appeal of this Stipulated Final Judgment; and b) the 10 day stay of enforcement of this Stipulated Final Judgment under Federal Rules of Civil Procedure 62(a) and any other stay of enforcement under any other rule or statute.

7. All pending motions are hereby moot.

Dated: _December 2, 2009_____  _____
HON. TERRY J. HATTER, JR.
United States District Judge

CC: FISCAL